IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 1:12-cr-181** |
| **v.** | **:** | |
| **ROBERT G. BARD** | **:** | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Bard's second amended motion under 28 U.S.C. § 2255 is **DENIED**.

                                                           s/Sylvia H. Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge

Dated: November 19, 2018